# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Christopher Michael Bauer, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| The City of Williston, et al., ) | Case No. 1:24-cv-223 |
| ) | |
| Defendants. ) | |

The court held a status conference with the parties by telephone on September 8, 2025. During status conference, Defendants requested that discovery be stayed until the court rules on their Motion for Summary Judgment (Doc. No. 40). and Plaintiff's Motion for Partial Summary Judgment (Doc. No. 32). Plaintiff did not object. Accordingly, the court **GRANTS** Defendants' request and stays discovery pending further order.

**IT IS SO ORDERED.**

Dated this 8th day of September, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court